AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| Michael Brown | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  2:21-cv-00037-BHH |
| | ) | |
| Nadine Washington; Andrew Washington; Ebony Brown; April Brown; Andrew Brown, Jr.; Rodney Parker; Jennifer Prioleau | ) ) ) | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other:  This action is dismissed without issuance and service of process..


This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge.


Date:         April 15, 2021               *CLERK OF COURT*


                                            s/Chelsea Pegram-Conner
                                            *Signature of Clerk or Deputy Clerk*